JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARGIE J. YELTON, | ) | Case No. CV 18-3761 FMO (RAOx) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| LOANCARE, | ) | |
| Defendant. | ) | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 24th day of August, 2018.

/s/
Fernando M. Olguin
United States District Judge